**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

DERRICK R. SMITH,           )
                           )
          Plaintiff,       )
                           )
         v.             )      No. 1:16CV89 SNLJ
                           )
REGINA BIGGS, et al.,      )
                           )
         Defendants,    )

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, moves for leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. Under 28 U.S.C. § 1915(b), plaintiff is required to submit a certified copy of his prison trust account statement for the six-month period before the filing of the complaint. He has not done so. Additionally, the complaint is not signed as required by Rule 11 of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that, within twenty-one (21) days from the date of this Order, plaintiff must submit a copy of his prison trust account statement for the six-month period before the filing of the complaint.

**IT IS FURTHER ORDERED** that the Clerk is directed to return the complaint to plaintiff.

**IT IS FURTHER ORDERED** that plaintiff must sign the complaint and return it to the Court within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without further proceedings.

Dated this 26<u>th</u> day of April, 2016.

_____
STEPHEN N. LIMBAUGH
UNITED STATES DISTRICT JUDGE